**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6732**

———————————

GUY T. LEGRANDE,

Plaintiff - Appellant,

versus

ANNE NICHOLSON HOGEWOOD,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-98-334-5-BR)

———————————

Submitted:  July 30, 1998          Decided:  August 27, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Guy T. LeGrande, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. LeGrande v. Hogewood, No. CA-98-334-5-BR (E.D.N.C. Apr. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2